

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI, OHIO

| | |
|---|---|
| Shirley A. McClure ) | Case No. C-1-01-751 |
| 6308 Corbly St. #15 ) | |
| Cincinnati OH 45230 ) | Judge Beckwith |
| Ph # (513) 232-8234 ) | Magistrate Judge Hogan |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| Gannett Media Technologies ) | Response to Defendants' |
| International (GMTI), et al ) | Motion for Summary Judgment |
| 151 West Fourth Street – Suite 201 ) | Filed January 15, 2003 |
| Cincinnati, Ohio 45202 ) | |
| ) | |
| Defendants ) | |

---

I the Plaintiff, Shirley McClure, hereby respond in opposition to Defendants' Motion for Summary Judgment Motion filed January 15, 2003 and strongly recommend that it be denied in full. A Memorandum of Support is attached.

Respectfully Submitted,


Shirley McClure, Plaintiff
6308 Corbly St. #15
Cincinnati, OH 45230