Filed March 20, 2003



copy

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI, OHIO

Shirley A. McClure )  Case No. C-1-01-751
6308 Corbly St. #15 )
Cincinnati, OH 45230 )  Judge Beckwith
 )  Magistrate Judge Hogan
Plaintiff )
 )
vs. )
 )
Gannett Media Technologies )  **MOTION FOR DEFAULT**
International (GMTI), et al )
151 W. Fourth Street #201 )
Cincinnati, OH 45202 )
 )
Defendants )

---

   I the Plaintiff, Shirley McClure, make a Motion for Default judgment against defendants Michael A. Roberts, "legal" representative of GMTI, for conspiracy in bad faith in the extreme, including defendants named and not named therein of GMTI, for the willful, flagrant and repeated Criminal violations that have irreversibly prejudiced the Plaintiff's case from the very beginning showing contempt for the Plaintiff Mrs. McClure and Contempt of Court. These flagrant, repeated actions in the extreme of this fairytale defense, with malice aforethought, show cause for the severest of sanctions. A Memorandum of Support is attached.

Respectfully Submitted,


Shirley McClure, Plaintiff
6308 Corbly St. #15
Cincinnati, OH 45230
(513) 232-8234