As detailed in the Motion and earlier memorandum, plaintiff's defamation claim also fails because: (i) the statement is an opinion; and (ii) if not an expression of opinion, it was a true statement.

### Conclusion

Since there is no *genuine* issue as to any *material* fact on plaintiff's two remaining claims, the defendants are entitled to summary judgment and the Magistrate Judge's Report and Recommendation should be affirmed.

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL | /s Michael A. Roberts_____ |
| | Michael A. Roberts (0047129) |
| GRAYDON, HEAD & RITCHEY LLP | GRAYDON, HEAD & RITCHEY LLP |
| 1900 Fifth Third Center | 1900 Fifth Third Center |
| 511 Walnut Street | 511 Walnut Street |
| Cincinnati, Ohio 45202 | Cincinnati, Ohio 45202 |
| (513) 621-6464 | (513) 629-2799 |
| | (513) 651-3836 fax |
| | email:mroberts@graydon.com |
| | *Attorneys For Defendants* |

### CERTIFICATE OF SERVICE

The foregoing was delivered, via regular U. S. Mail, postage prepaid, to Shirley A. McClure, 1290 Villa Parke, Amelia, Ohio 45102, this 9th day of October, 2003.

/s Michael A. Roberts_____