# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**Shirley A. McClure**
 **Plaintiff,**

 -vs               Case No.  C-1-01-751

**Gannett Media Technologies Int'l Inc., et al.,**
 **Defendants.**

---

## JUDGMENT IN A CIVIL CASE

| | **Jury Verdict.** | This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

THAT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [DOC. 51] IS **GRANTED** AND THIS CASE IS **CLOSED** PURSUANT TO ORDER OF THE COURT [DOC. 77].


Date:  <u>June 16th, 2004</u>           JAMES BONINI, CLERK


                 By: <u>s/Tempann Thomas</u>
                 Deputy Clerk