**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

C-1-01-751
DOCS. 77978
Postmark Here

Sent To: Shirley A McClure
Street, Apt. No.; or PO Box No.: 1290 Villa Park
City, State, ZIP+4: Amelia, OH 45102

7001 2510 0008 6347 8736