| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) Charles Mc Clure / Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| Article Addressed to:<br>Shirley D. McClure<br>1290 Villa Parke<br>Amelia, OH 45102 | |
| C-1-01-751, Docs. 77 & 78 | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7001 2510 0008 6347 8736 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



• Sender: Please print your name, address, and ZIP+4 in this box •

OFFICE OF THE CLERK
U. S. DISTRICT COURT
Rm. 324 U. S. Courthouse
5th & Walnut Streets
Cincinnati, Ohio 45202

C-1-01-751 SSB