FILED
JAMES BONINI
CLERK

## United States District Court for the Southern District of Ohio

04 JUL 14 PM 1:15

Shirley McClure

_____

_____

**Plaintiff,**

vs.                                          CASE NO. 1:01CV751

Gannett Media Tech. Inc. (GMTI)
                and
Gannett Co.
**Defendant.**

## NOTICE OF APPEAL

Notice is hereby given that _____Shirley McClure_____, hereby appeals
            (here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from _Order granting defendant's_
_Summ. Mot. Judg. and Final Judgment_ (the final judgment) (from an
_____ entered in this action on the ____16th____ day of
order (describing it))

___June___    2004

                          (s) _Shirley McClure_

            Address: _1290 Villa Parke_
                     _Amelia, OH_
                     _45102_
            Attorney for: _Pro Se_

6CA-3
1/99