Wed Jul 14 12:58:39 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.    100 423515
Cashier        kj1

M.O. Number:  7913263

DO Code      Div No
 4661          1

| Sub Acct Type Tender | | | Amount |
|---|---|---|---|
| 1:086900 | N | 3 | 105.00 |
| 2:510000 | N | 3 | 150.00 |

Total Amount         $    255.00

SHIRLEY MCCLURE

APPEAL FEE C-1-01-751

Wed Jul 14 12:58:39 2004

M. O. No.  7913263
Amount $    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661