# TRANSMISSION FORM

F&F 7-15-04

| | |
|---|---|
| **District Court:** SD of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** 1:01-cv-751 | Court of Appeals Case No: 04-3924  04 JUL 21 AM 9:22 |
| **SHORT CAPTION** *Shirley McClure* | **Case Manager:** MICHELLE DAVIS |
| **Plaintiff/Petitioner** vs. **Gannett Media Tech Inc, et al** | **Date Filed:** FILED JUL 2 0 2004 LEONARD GREEN, Clerk |
| **Defendant/Respondent** 1290 Villa Parke Amelia, OH 45102 *provide pro se address IF NOT on the docket sheet | |
| **District Court Judge:** Beckwith | **Anything That Needs Special Attention** Notice of Appeal(Doc.79) appealing Order (Doc.77) and Final Judgment(Doc.78) entered on 6/16/04. |
| **Court Reporter(s):** | |
| **From Deputy Clerk:** Kendra Jordan | |
| **Date:** 7-15-04 | |
| $255.00 Appeal Filing Fee Paid?  **Yes** | |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**    ___Volume(s)

Deposition(s)    ___Volume(s)    Exhibit(s)    ___Volume(s)

Transcript(s)    ___Volume(s)    **Sealed**    ___Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: _____**James Bonini**_____
United States District Court