UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

05 AUG 22 PM

No: 04-3924

Filed: August 19, 2005

SHIRLEY A. MCCLURE

    Plaintiff - Appellant  1: 01cv751
                             Beckwith

v.

GANNETT MEDIA TECHNOLOGIES INTERNATIONAL;
GANNETT COMPANY INCORPORATED

    Defendants - Appellees


### MANDATE

Pursuant to the court's disposition that was filed 7/27/05 the mandate for this case hereby issues today.

A True Copy.

No costs taxed                Attest:

Filing Fee .........$
Printing ...........$

    Total ........$                             Deputy Clerk